JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAVAUN L. R.,[1] | Case No. EDCV 20-0922 PVC |
| Plaintiff, | |
| v. | **JUDGMENT** |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security,[2] | |
| Defendant. | |

IT IS ADJUDGED that the decision of the Commissioner is REVERSED and that the above-captioned action is REMANDED to the Commissioner for further action consistent with the Court's Memorandum Decision and Order.

DATED:  September 7, 2021

_____
PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE

---

[1]  The Court partially redacts Plaintiff's name in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] Kilolo Kijakazi, the Acting Commissioner of Social Security is hereby substituted for Andrew M. Saul, her predecessor, originally named in the complaint. *See* 42 U. S. C. § 405(g); Fed. R. Civ. P. 25(d).