1

2

3

4

5

6

7

8          **UNITED STATES DISTRICT COURT**
          **CENTRAL DISTRICT OF CALIFORNIA**

9

10   RAVAUN L. ROWLEY,                    ) Case No.: 5:20-cv-00922-PVC
                                          )
11          Plaintiff,                    ) {PROPOSED} ORDER AWARDING
                                          ) EQUAL ACCESS TO JUSTICE ACT
12      vs.                               ) ATTORNEY FEES AND EXPENSES
                                          ) PURSUANT TO 28 U.S.C. § 2412(d)
13   KILOLO KIJAKAZI,                     ) AND COSTS PURSUANT TO 28
     Acting Commissioner of Social        ) U.S.C. § 1920
14   Security,                            )
                                          )
15          Defendant                     )
                                          )
16

17       Based upon the parties' Stipulation for the Award and Payment of Equal

18   Access to Justice Act Fees, Costs, and Expenses:

19       IT IS ORDERED that fees and expenses in the amount of $4,500.00 as

20   authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be

21   awarded subject to the terms of the Stipulation.

22   DATE:  October 15, 2021

23                              _____
                                THE HONORABLE PEDRO V. CASTILLO
24                              UNITED STATES MAGISTRATE JUDGE

25

26

-1-

1   Respectfully submitted,

2   LAW OFFICES OF LAWRENCE D. ROHLFING

3        /s/ *Brian C. Shapiro*

     _____
4   Brian C. Shapiro
    Attorney for plaintiff Ravaun L. Rowley
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26